UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATT ERARD,

    Plaintiff,

v.

MICHIGAN SECRETARY OF STATE
RUTH JOHNSON,

    Defendant.
_____/

Case No. 12-cv-13627

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** (docket no. 30) **AND GRANTING DEFENDANT'S MOTION TO SET ASIDE CLERK'S DEFAULT** (docket no. 22)

Defendant Michigan Secretary of State Ruth Johnson has filed a motion to set aside the Clerk's entry of default (ECF No.14). She claims good cause exists to set aside the default because she was not properly served with a copy of the complaint and summons in this case, but chose to waive the defective service and timely filed a motion to dismiss. Mot. to Set Aside, ECF No. 22. Additionally, she claims she has meritorious defenses and that Plaintiff will not be prejudiced. *Id.* The magistrate judge recommends granting the motion. *See* Report, ECF No. 30. Plaintiff has not filed objections to this recommendation. The Court agrees that good cause exists to set aside the default.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's report and recommendation (ECF No. 30) is **ADOPTED** and Defendant's motion to set aside the Clerk's entry of default (ECF No. 22) is **GRANTED**.

**SO ORDERED.**

                                          s/Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: October 29, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2012, by electronic and/or ordinary mail.

                                          Carol Cohron
                                          Case Manager